# Court of Appeals
# of the State of Georgia

ATLANTA,  January 06, 2020

*The Court of Appeals hereby passes the following order:*

### A20I0147.  FRANK R. SALVATI v. DELOACH BROKERAGE, INC., d/b/a DELOACH SOTHEBY'S INTERNATIONAL REALTY.

Frank R. Salvati filed this application for interlocutory appeal seeking to appeal the trial court's order granting Deloach Brokerage, Inc., d/b/a Deloach Sotheby's International Realty's motion for summary judgment and denying Salvati's motion for summary judgment on Deloach's claim for breach of contract.  However, the order granting summary judgment is subject to direct appeal.

Pursuant to OCGA § 9-11-56 (h), "[a]n order granting summary judgment on any issue or as to any party shall be subject to review by appeal."  Here, Salvati seeks to challenge the grant of summary judgment in favor of Deloach.  "This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004).

Accordingly, this interlocutory application is hereby GRANTED.  Salvati shall have ten days from the date of this order to file a notice of appeal in the trial court.  If Salvati has already filed a notice of appeal from the order at issue here, he need not file a second notice.

The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __01/06/2020__
      *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*